name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Feb. 28, 2012.)

■ In the Matter of RICHARD J. O'CONNOR, an Attorney, Resignor. [939 NYS2d 925]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Mar. 13, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK VANDEVIVER, Appellant. [940 NYS2d 517]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN C. SONBERG, Appellant. [940 NYS2d 517]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY G. WILLIAMS, Appellant. [940 NYS2d 517]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB ROUSE, Appellant. [940 NYS2d 517]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ.

■ Matter of COLONIAL SURETY COMPANY, Appellant-Respondent, v LAKEVIEW ADVISORS, LLC, Respondent-Appellant, and RESOLUTION MANAGEMENT, LLC, Respondent, et al., Respondent. (Appeal No. 2.) [941 NYS2d 371]—

Motion for reargument of the appeal and cross appeal is granted and, upon reargument, the memorandum and order entered February 18, 2011 (81 AD3d 1460 [2011]) is amended by adding to the first sentence of the order the words "and cross appeal" after the word "Appeal" and, beginning with the second paragraph, is otherwise vacated and the following memorandum and ordering paragraph is substituted therefor:

"It is hereby ordered that the cross appeal is unanimously dismissed and the order and judgment so appealed from is reversed on the law without costs, the petition is reinstated and the matter is remitted to Supreme Court, Erie County, for further proceedings in accordance with the following memoran-